No. 116. STERN ET AL. *v.* BOARD OF LEVEE COMMISSIONERS, ORLEANS LEVEE DISTRICT, ET AL. Supreme Court of

Louisiana. Certiorari denied. *R. Emmett Kerrigan, Ralph L. Kaskell, Jr.* and *René H. Himel, Jr.* for petitioners. *Moses C. Scharff* for the Board of Levee Commissioners, and *Gerard H. Schreiber* for Roussel, respondents.